BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of ROSE WEINER, Respondent, *v.* MAX SEIDELMAN, Appellant.

*Coler* v. *Seidelman*, 188 App. Div. 885, affirmed.

(Argued November 18, 1919; decided December 2, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered April 23, 1919, affirming a judgment of the Court of Special Sessions of the city of New York in filiation proceedings. Defendant contended on appeal that complainant was a resident of Richmond county and, therefore, the Court of Special Sessions of the city of New York, sitting in New York county, had no jurisdiction of the proceeding.

*Max Schleimer* and *Nathan H. Stone* for appellant.

*William P. Burr, Corporation Counsel (John F. O'Brien* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.